UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 7:08-CV-127-KKC

TONY WEEMS                                                                                          PETITIONER

VS:                                              **JUDGMENT**

HECTOR RIOS                                                                                        RESPONDENT

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) Tony Weems, who is currently incarcerated in the United States Penitentiary-Big Sandy has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241.

(2) The named respondent is Hector Rios, the warden of USP-Big Sandy.

(3) The § 2241 petition is **DISMISSED WITHOUT PREJUDICE**.

(4) Judgment **IS ENTERED** in favor of the Hector Rios, the warden of USP-Big Sandy.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(7) This matter [08-CV-127-KKC] **IS STRICKEN** from the active docket.

Dated this 19th day of September, 2008.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge